**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>              Plaintiff,<br><br>    v.<br><br>JASON BLACK, Executive Director, et al.,<br><br>             Defendants. | Case No. CV 21-7924 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

Case 2:21-cv-07924-DMG-PVC   Document 16   Filed 09/01/22   Page 2 of 2   Page ID #:97

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 1, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2