1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ, | Case No. CV 21-7924 DMG (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JASON BLACK, Executive Director, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  September 1, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE